# United States Bankruptcy Court
## Eastern District of Louisiana

In re:   **DOCKETED**   Chapter 13

CAMILLE TERRANCE   JAN 29 2001   Case #00-11161

10921 WILLOWBRAE DR
NEW ORLEANS LA 70127

WARREN A. ORTIZ, JR., CLERK
UNITED STATES BANKRUPTCY COURT
NEW ORLEANS, LA.

---

### ORDER DISMISSING CASE

Pursuant to a hearing held today on the Trustee's motion to dismiss this case,

*It is ordered* that this case be and it hereby is DISMISSED.

New Orleans, Louisiana, February 23, 2001.

*T. M. Brahney, III*
T. M. Brahney, III
U. S. Bankruptcy Judge

Attorney for Debtor:

ERROL B CONLEY
STE 305
234 LOYOLA AVE
NEW ORLEANS LA 70112

